IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| **Leroy Martinez** | § | |
| | § | |
| v. | § | **C.A. NO. 5:15CV00033** |
| | § | |
| | § | **DEFENDANT HEREBY** |
| **WEST WIND EXPRESS, INC.** | § | **DEMANDS A TRIAL BY JURY** |

## STIPULATION OF DISMISSAL OF DEFENDANTS

Pursuant to F.R.C.P. 41(a)(1)(A)(ii), Plaintiff hereby and jointly agrees and stipulates that Defendant, West Wind Express, Inc., is dismissed as a party in this action with prejudice.

1. Plaintiff, Leroy Martinez, sued Defendant, West Wind Express, Inc., on or about January 15, 2015.

2. The parties are properly before the court.

3. The Defendant reached a confidential settlement agreement with Plaintiff on January 6, 2017.

4. This case is not a class action.

5. A receiver has not been appointed in this case.

6. This case is not governed by any federal statute that requires an order of the court for dismissal of the case.

7. Plaintiff has dismissed this action based on or including the same claims as those presented in this suit.

8. This dismissal of Defendant is with prejudice.

589561.1 PLD 0001222 9821 DWP

LORANCE & THOMPSON, PC

_____
David W. Prasifka
SBN: 16231700
FBN: 7516
2900 North Loop West, Suite 500
Houston, Texas 77092
713/868-5560
713/864-4671 (fax)
dwp@lorancethomppson.com

ATTORNEY FOR DEFENDANT
WEST WIND EXPRESS

VILLARREAL & BEGUM, PLLC

_____
Javier Villarreal
SBN: 24028097
Daniel Torres
SBN: 2046985
2401 Wild Flower Drive, Suite A
Brownsville, TX 78526
956/544-4444
956/550-0877 (fax)
jv@jvlawfirm.com
daniel@jvlawfirm.com

ATTORNEY FOR PLAINTIFF
LEROY MARTINEZ